1  BRIAN P. MASCHLER (SBN: 111824)
   RYAN POLK (SBN: 230769)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants and Cross-Complainants
   RUSSELL DRIVER; CURTIS SCHMITT;
6  ANDREW MEIMAN, and ARC ALTERNATIVES, INC.,
   A California corporation

7

8              IN THE UNITED STATES DISTRICT COURT

9              THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 NEWCOMB ANDERSON MCCORMICK, INC.,  )  CASE NO.  14-CV-01870 ~~MEJ~~  WHO
                                      )
13              Plaintiff,            )  NOTICE OF CONSENT TO
                                      )  SUBSTITUTION OF COUNSEL
14     vs.                            )  FOR DEFENDANTS AND CROSS-
                                      )  COMPLAINANTS; ~~[PROPOSED]~~
   ARC ALTERNATIVES, RUSSELL DRIVER,  )  ORDER GRANTING
15 CURTIS SCHMITT and ANDREW MEIMAN,  )  SUBSTITUTION OF COUNSEL
                                      )
16                                    )
                Defendants.           )
17                                    )
                                      )
18 _____)
                                      )
19                                    )
   RUSSELL DRIVER; CURTIS SCHMITT;    )
20 ANDREW MEIMAN, and ARC             )
   ALTERNATIVES, INC., a California   )
21 Corporation,                       )
                                      )
22              Cross-Complainants,   )
                                      )
23     vs.                            )
                                      )
24 NEWCOMB ANDERSON MCCORMICK, INC.,  )
   A California corporation; JOHN M. NEWCOMB; )
25 ANN L. MCCORMICK; MICHAEL K.J.     )
   ANDERSON; and DOES 1-10;           )
26                                    )
                Cross-Defendants.     )
27 _____)

28

                            -1-

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants and Cross-

3   Complainants Russell Driver, Curtis Schmitt, Andrew Meiman and Arc Alternatives, Inc., a

4   California corporation, hereby substitute Brain P. Maschler, State Bar No. 111824 and Ryan

5   Polk, State Bar No. 250769, as counsel of record in place of Thomas G. Blomberg, Jr., State Bar

6   No. 164071 and Dominic V. Signorotti, State Bar No. 267712, in the above-entitled action.

7       Contact information for counsel is as follows:

8                              WITHDRAWING COUNSEL

9       THOMAS G. BLOMBERG, JR., Bar No. 164071
        Email: tblomberg@bpbsllp.com
10      DOMINIC V. SIGNOROTTI, Bar No. 267712
        Email: dsignorotti@bpbsllp.com
11      BUCHMAN PROVINE BROTHERS SMITH LLP
        1333 N. California Blvd., Suite 350
12      Walnut Creek, California 94596
        Telephone:   925-944-9700
13      Facsimile:   925-944-9701

14                             SUBSTITUTING COUNSEL

15      BRIAN P. MACHLER, Bar No. 111824
        Email: bmaschler@gordonrees.com
16      RYAN POLK, Bar No. 230769
        Email: rpolk@gordonrees.com
17      GORDON & REES, LLP
        275 Battery Street, Suite 2000
18      San Francisco, California 94111
        Telephone:   415-986-5900
19      Facsimile:   415-986-8054

20

21                             CONSENT TO SUBSTITUTION

22      The undersigned hereby consent to the substitution of counsel.

23  Dated:  6/4/14

24                                              RUSSELL DRIVER
                                                Defendant and Cross-Complainant

25  Dated:  6/4/14

26                                              CURTIS SCHMITT
                                                Defendant and Cross-Complainant

27  Dated:  6/4/2014

28                                              ANDREW MEIMAN
                                                Defendant and Cross-Complainant

                                        -2-

1

2   Dated: _____

3                                           Duly Authorized Representative of ARC
                                            ALTERNATIVES, INC.,
4                                           Defendant and Cross-Complainant

5   Dated: 6-3-14

6                                           THOMAS G. BLOMBERG, JR.
                                            BUCHMAN PROVINE BROTHERS SMITH LLP
7                                           Withdrawing Attorney for Defendants and Cross-
                                            Complainants RUSSELL DRIVER; CURTIS
8                                           SCHMITT, ANDREW MEIMAN AND
                                            ARC ALTERNATIVES, INC., a California
9                                           Corporation

10  Dated: 6/4/14

11                                          DOMINIC V. SIGNOROTTI
                                            BUCHMAN PROVINE BROTHERS SMITH LLP
12                                          Withdrawing Attorney for Defendants and Cross-
                                            Complainants RUSSELL DRIVER; CURTIS
13                                          SCHMITT, ANDREW MEIMAN AND
                                            ARC ALTERNATIVES, INC., a California
14                                          Corporation

15  Dated: 6/9/14

16                                          BRIAN P. MASCHLER
                                            Substituting Attorney for Defendants and Cross-
17                                          Complainants RUSSELL DRIVER; CURTIS
                                            SCHMITT, ANDREW MEIMAN AND
18                                          ARC ALTERNATIVES, INC., a California
                                            Corporation

19  Dated: 6/9/14

20                                          RYAN POLK
                                            Substituting Attorney for Defendants and Cross-
21                                          Complainants RUSSELL DRIVER; CURTIS
                                            SCHMITT, ANDREW MEIMAN AND
22                                          ARC ALTERNATIVES, INC., a California
                                            Corporation

23

24

25

26

27

28

-3-

Case No. 14-CV-01870 MEJ

1

2   Dated: 6/4/2014 _____

3                                    Duly Authorized Representative of ARC
                                     ALTERNATIVES, INC.,
4                                    Defendant and Cross-Complainant

5   Dated: _____

6                                    THOMAS G. BLOMBERG, JR.
                                     BUCHMAN PROVINE BROTHERS SMITH LLP
7                                    Withdrawing Attorney for Defendants and Cross-
                                     Complainants RUSSELL DRIVER; CURTIS
8                                    SCHMITT, ANDREW MEIMAN AND
                                     ARC ALTERNATIVES, INC., a California
9                                    Corporation

10  Dated: _____

11                                   DOMINIC V. SIGNOROTTI
                                     BUCHMAN PROVINE BROTHERS SMITH LLP
12                                   Withdrawing Attorney for Defendants and Cross-
                                     Complainants RUSSELL DRIVER; CURTIS
13                                   SCHMITT, ANDREW MEIMAN AND
                                     ARC ALTERNATIVES, INC., a California
14                                   Corporation

15  Dated: _____

16                                   BRIAN P. MASCHLER
                                     Substituting Attorney for Defendants and Cross-
17                                   Complainants RUSSELL DRIVER; CURTIS
                                     SCHMITT, ANDREW MEIMAN AND
18                                   ARC ALTERNATIVES, INC., a California
                                     Corporation

19  Dated: _____

20                                   RYAN POLK
                                     Substituting Attorney for Defendants and Cross-
21                                   Complainants RUSSELL DRIVER; CURTIS
                                     SCHMITT, ANDREW MEIMAN AND
22                                   ARC ALTERNATIVES, INC., a California
                                     Corporation

23

24

25

26

27

28

                                    -3-

1
2                              [PROPOSED] ORDER

3          Pursuant to the Consent to Substitution of Counsel by Russell Driver, Curtis Schmitt,
4
   Andrew Meiman, and Arc Alternatives, Inc., Brian P. Maschler and Ryan Polk of the law firm of
5
   Gordon & Rees, LLP,  275 Battery Street, Suite 2000, San Francisco, California 94111
6
   (telephone) 415-986-5900, (facsimile) 415-986-8054 (email) bmaschler@gordonrees.com,
7
   rpolk@grdonrees.com are hereby substituted in place of Thomas G. Blomberg, Jr. and Dominic
8
9  V. Signorotti of the law firm of Buchman Provine Brothers Smith LLP, 1333 N. California

10 Boulevard, Suite 350, Walnut Creek, California (telephone) 925-944-9700, (facsimile) 925-944-

11 9701, (email) tblomberg@bpbsllp.com, dsignorotti@bpbsllp.com as counsel for Russell Driver,

12 Curtis Schmitt, Andrew Meiman, and Arc Alternatives, Inc., a California corporation, in the

13 action entitled *Newcomb Anderson McCormick, Inc., v. Arc Alternatives, Inc., et al.*, Northern

14 District of California Case No. 14-CV-01870 MEJ.

15
   Dated:   June 17, 2014
16                                        HONORABLE MARIA ELENA JAMES
17                                        HONORABLE WILLIAM H. ORRICK
18
19
20
21
22
23
24
25
26
27
28

                                                         Case No. 14-CV-01870 MEJ