IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCOMB ANDERSON McCORMICK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARC ALTERNATIVES, RUSSELL DRIVER, CURTIS SCHMITT and ANDREW MEIMAN, <br><br> Defendants. | Case No. 3-14-CV-01870-WHO <br><br> **ORDER GRANTING CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| RUSSELL DRIVER, CURTIS SCHMITT, ANDREW MEIMAN, and ARC ALTERNATIVES, INC., a California corporation, <br><br> Cross-Complainants, <br><br> v. <br><br> NEWCOMB ANDERSON MCCORMICK, INC., a California corporation, JOHN M. NEWCOMB, ANN L. MCCORMICK, MICHAEL K.J. ANDERSON, and DOES 1-10, <br><br> Cross-Defendants. | |

DAVIS WRIGHT TREMAINE LLP

1  Having reviewed the foregoing Stipulation Regarding Continuance of Deadline to
2  Complete Mediation and Continue Case Management Conference, and for good cause shown, the
3  Court hereby orders:
4  1. The deadline for this matter to be mediated is continued to December 19, 2014.
5  2. The Case Management Conference currently set for December 16, 2014, is continued
6  to January **13**, 2015, at 2:00 pm

7  DATED: December 2, 2014  
8  _____
   William H. Orrick
   U.S. District Court Judge