IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCOMB ANDERSON McCORMICK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARC ALTERNATIVES, RUSSELL DRIVER, CURTIS SCHMITT and ANDREW MEIMAN, <br><br> Defendants. | Case No. 3-14-CV-01870-WHO <br><br> **ORDER GRANTING CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| RUSSELL DRIVER, CURTIS SCHMITT, ANDREW MEIMAN, and ARC ALTERNATIVES, INC., a California corporation, <br><br> Cross-Complainants, <br><br> v. <br><br> NEWCOMB ANDERSON MCCORMICK, INC., a California corporation, JOHN M. NEWCOMB, ANN L. MCCORMICK, MICHAEL K.J. ANDERSON, and DOES 1-10, <br><br> Cross-Defendants. | |

DAVIS WRIGHT TREMAINE LLP

1
ORDER RE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE
Case No. 3-14-CV-01870-WHO
DWT 25462826v1 0097788-000002

Having reviewed the foregoing Stipulation Regarding Continuance of Deadline to Complete Mediation and Continue Case Management Conference, and for good cause shown, the Court hereby orders:

1. The deadline for this matter to be mediated is continued to February 28, 2015.
2. The Case Management Conference currently set for January 13, 2015, is continued to March 10, 2015, at 2:00 pm.

DATED: January 12, 2015

_____
William H. Orrick
U.S. District Court Judge

DAVIS WRIGHT TREMAINE LLP