Jeffrey S. Bosley (CA State Bar No. 167629)
Marc G. Fernandez (CA State Bar No. 254261)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            jeffbosley@dwt.com
                     marcfernandez@dwt.com

Attorneys for Plaintiff and Counterclaim Defendants
NEWCOMB ANDERSON McCORMICK, INC.,
JOHN M. NEWCOMB, ANN L. MCCORMICK,
and MICHAEL K.J. ANDERSON

Brian P. Maschler (CA State Bar No. 111824)
Ryan Polk (CA State Bar No. 230769)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 986-5900
Facsimile:      (415) 986-8054
Email:            bmaschler@gordonrees.com

Attorneys for Defendants and Counterclaimants
RUSSELL DRIVER; CURTIS SCHMITT;
ANDREW MEIMAN, and ARC ALTERNATIVES, INC.,
A California Corporation

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCOMB ANDERSON McCORMICK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARC ALTERNATIVES, RUSSELL DRIVER, CURTIS SCHMITT and ANDREW MEIMAN, <br><br> Defendants. | Case No. 3-14-CV-01870-HSG <br><br> **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** <br><br> Complaint Filed:  April 9, 2014 <br> Counter-Claim Filed:  May 15, 2014 |

1  RUSSELL DRIVER, CURTIS SCHMITT,           )
   ANDREW MEIMAN, and ARC                    )
2  ALTERNATIVES, INC., a California          )
   corporation,                              )
3                                            )
              Counterclaimants,              )
4                                            )
        v.                                   )
5                                            )
   NEWCOMB ANDERSON MCCORMICK,               )
6  INC., a California corporation, JOHN M.   )
   NEWCOMB, ANN L. MCCORMICK,                )
7  MICHAEL K.J. ANDERSON, and DOES 1-10,     )
                                             )
8             Counterclaim Defendants.       )

Plaintiffs and Counterclaim Defendants Newcomb Anderson McCormick, Inc., John M. Newcomb, Ann L. McCormick and Michael K.J. Anderson and Defendants and Counterclaimants Arc Alternatives, Inc., Russell Driver, Curtis Schmitt and Andrew Meiman, by and through their undersigned counsel, and subject to the approval of the Court, hereby jointly stipulate that all claims and counterclaims by and between them in this action be dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his/her/or its own costs, expenses, and attorneys' fees.  The parties further jointly stipulate that the Court may enter an Order of dismissal with prejudice in the form of Exhibit A hereto.

**IT IS SO STIPULATED.**

DATED:  April 3, 2015.               GORDON REES SCULLY MANSUKHANI LLP

                                     By: */s/   Brian P. Maschler*
                                         Brian P. Maschler
                                         GORDON & REES LLP
                                         Attorneys for Russell Driver, Curtis Schmitt,
                                         Andrew Meiman and Arc Alternatives, Inc.


DATED:  April 3, 2015.               DAVIS WRIGHT TREMAINE LLP


                                     By: */s/   Marc G. Fernandez*
                                         Jeffrey S, Bosley
                                         Marc Fernandez
                                         DAVIS WRIGHT TREMAINE LLP
                                         Attorneys for Newcomb Anderson McCormick, Inc.,
                                         John M. Newcomb, Ann L. McCormick
                                         and Michael K.J. Anderson

**ORDER OF DISMISSAL**

Based on the foregoing Joint Stipulation for Dismissal of Action with Prejudice of all claims and counterclaims asserted between Plaintiffs and Counterclaim Defendants Newcomb Anderson McCormick, Inc., John M. Newcomb, Ann L. McCormick and Michael K.J. Anderson and Defendants and Counterclaimants Arc Alternatives, Inc., Russell Driver, Curtis Schmitt and Andrew Meiman in this case, and good cause appearing,

IT IS HEREBY **ORDERED, ADJUDGED, AND DECREED** that all claims in this action, including counterclaims, asserted in this action between Plaintiffs and Counterclaim Defendants Newcomb Anderson McCormick, Inc., John M. Newcomb, Ann L. McCormick and Michael K.J. Anderson and Defendants and Counterclaimants Arc Alternatives, Inc., Russell Driver, Curtis Schmitt, and Andrew Meiman are hereby **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated:   April 6, 2015.

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

**ATTESTATION**

I, Marc G. Fernandez, an ECF User whose ID and password are being used to file this **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND PROPOSED ORDER**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Brian P. Maschler, attorney for Defendants and Counterclaimants Russell Driver, Curtis Schmitt, Andrew Meiman, and Arc Alternatives, Inc. has concurred with this filing.

Dated: April 6, 2015.              By:    */s/ Marc G. Fernandez*
                                          Attorneys for Newcomb Anderson
                                          McCormick, Inc., John M. Newcomb, Ann L.
                                          McCormick and Michael K.J. Anderson.